**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 254 EAL 2016
                                       :
              Respondent :
                                         : Petition for Allowance of Appeal from
                                         : the Order of the Superior Court
               v. :
                                         :
                                         :
DURWIN GODWIN, :
                                         :
              Petitioner :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.